LAW OFFICES

# SHAYNE, DACHS, CORKER, SAUER & DACHS, LLP

114 OLD COUNTRY ROAD
SUITE 410
MINEOLA, NY 11501-4410
TEL (516) 747-1100
FAX (516) 747-1185
www.injuryattorneysny.com

NORMAN H. DACHS
W. RUSSELL CORKER
BRIAN J. SAUER
JONATHAN A. DACHS
KENNETH J. LANDAU

MOE LEVINE (1908-1974)
NEIL T. SHAYNE (1932-1998)
THOMAS W. STANISCI (Ret. 1997)

*Legal Assistants*
THOMAS J. JORGENSEN
JEANNE F. JORGENSEN

May 21, 2009

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014

    Re:    O'Brien v. Argo Partners, Inc.
             Docket No.:   09 Civ. 1020 (LDW) (AKT)

Dear Justice Tomlinson:

    The initial conference was set by Your Honor's scheduling order for May 29, 2009. However, I must necessarily request an adjournment because that date is the first day of the Jewish Holiday of Shavuoth, which I strictly observe.

    No previous requests for an adjournment has been made. Opposing counsel, Kenneth I. Schacter, Esq., has graciously consented to this request.

    If at all possible, it would be appreciated if, in the event this request is granted, the adjourned date not be set for a Friday.

                                                         Respectfully,

                                                          Norman H. Dachs

NHD:ams
sent electronically

    cc:    Bingham, McCutchen, LLP
             Attention:   Kenneth I. Schacter, Esq.
             399 Park Avenue
             New York, NY 10022