UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
**GREGORY O'BRIEN**, on behalf of himself and others similarly situated,
.

                      Plaintiff,                **09 Civ. 1020 (LDW)(ANT)**

                                                  NOTICE OF
                                                  APPEARANCE

        v.


**ARGO PARTNERS, INC.,** a/k/a ARGO PARTNERS,

                    Defendant.
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned, an attorney authorized to practice before this Court, hereby appears in the above-entitled action as counsel for plaintiff Gregory O'Brien.

Dated: July 29, 2009

                                          _____
                                          Steven A. Cash
                                          #SC7726
                                          Harris, Cutler, Cash & Houghteling, LLP
                                          888 7th Avenue, Suite 4500
                                          New York City, New York 10106
                                          E-Mail: scash@hcchlaw.com
                                          Telephone: 301-908-3927
                                          Facsimile: 212-202-6206

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
**GREGORY O'BRIEN**, on behalf of himself and others similarly situated,
.

                Plaintiff,                09 Civ. 1020 (LDW)(ANT)

    v.

**ARGO PARTNERS, INC.,** a/k/a ARGO PARTNERS,

            Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Steven A. Cash, an attorney admitted to practice before this Court, hereby certifies under penalty of perjury, that on this date I caused to the annexed "Notice of Appearance" to be served by First Class Mail upon counsel for defendant:

    Kenneth L. Schacter, Esq.
    Bingham, McCutchen, LLP
    399 Park Avenue
    New York, New York 10022-4689

Dated: July 29, 2009

    _____
    Steven A. Cash
    #SC7726
    Harris, Cutler, Cash & Houghteling, LLP
    888 7th Avenue, Suite 4500
    New York City, New York 10106
    E-Mail: scash@hcchlaw.com
    Telephone: 301-908-3927
    Facsimile: 212-202-6206